# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Friot, Stephen P. | U.S. District Court - Western District of Oklahoma | 04/20/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior Status) | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

200 N.W. 4th St.
Oklahoma City, OK 73102

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Troop Committee, Troop 4, Last Frontier Council, Boy Scouts of America |
| 2. Director and Member of the Executive Committee | Last Frontier Council, Inc., Boy Scouts of America |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 04/20/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. BANCFIRST (cash) | A | Interest | J | T | | | | | |
| 3. MIDFIRST BANK (cash) | A | Interest | M | T | | | | | |
| 4. CAN IMP BANK OF COMMERCE (cash) | A | Interest | K | T | | | | | |
| 5. TIAA-CREF S&P 500 IND-RTMT | | None | | | Sold | 06/10/20 | M | | |
| 6. ACCOUNT #1 (H) | | | | | | | | | |
| 7. TIAA-CREF TRUST CO (cash) | A | Interest | K | T | | | | | |
| 8. ARTISAN MIDCAP VALUE (APHQX) | B | Dividend | L | T | Buy<br>(add'l) | 01/31/20 | J | | |
| 9. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 10. | | | | | Buy<br>(add'l) | 04/03/20 | J | | |
| 11. ISHARES RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | K | T | Buy<br>(add'l) | 01/09/20 | J | | |
| 12. ISHARES RUSSELL 2000 VALUE ETF (IWN) | A | Dividend | K | T | | | | | |
| 13. ISHARES RUSSELL MIDCAP GRWTH ETF (IWP) | A | Dividend | L | T | Sold<br>(part) | 02/04/20 | K | C | |
| 14. VANGUARD GROWTH ETF (VUG) | A | Dividend | M | T | Sold<br>(part) | 01/09/20 | K | D | |
| 15. | | | | | Sold<br>(part) | 01/31/20 | M | F | |
| 16. | | | | | Sold<br>(part) | 08/12/20 | K | E | |
| 17. VANGUARD MID CAP VALUE ETF (VOE) | B | Dividend | L | T | Buy<br>(add'l) | 03/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD RUSSELL 1000 GROWTH (VONG) | A | Dividend | M | T | Buy | 01/31/20 | L | | |
| 19. | | | | | Buy (add'l) | 03/10/20 | K | | |
| 20. | | | | | Sold (part) | 08/12/20 | K | B | |
| 21. VANGUARD RUSSELL 1000 VALUE (VONV) | B | Dividend | M | T | Buy | 01/30/20 | M | | |
| 22. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 23. VANGUARD VALUE ETF (VTV) | C | Dividend | M | T | Sold (part) | 01/31/20 | M | E | |
| 24. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 25. | | | | | Buy (add'l) | 12/17/20 | J | | |
| 26. AMER FUNDS EUROPAC GROW F3 (FEUPX) | A | Dividend | M | T | Sold (part) | 12/07/20 | K | C | |
| 27. DFA EMERGING MARKETS VALUE (DFEVX) | B | Dividend | M | T | Buy (add'l) | 03/13/20 | J | | |
| 28. | | | | | Buy (add'l) | 12/22/20 | J | | |
| 29. DFA INT'L SMALL CAP VALUE (DISVX) | A | Dividend | L | T | Buy (add'l) | 03/13/20 | J | | |
| 30. TIAA-CREF INTL EQUITY FD I (TIIEX) | B | Dividend | M | T | Buy (add'l) | 03/13/20 | J | | |
| 31. | | | | | Sold (part) | 12/07/20 | K | | |
| 32. PIMCO EMERGING LOCAL BOND (PELBX) | A | Dividend | J | T | Buy (add'l) | 12/16/20 | J | | |
| 33. BAIRD CORE PLUS BOND FUND (BCOIX) | D | Dividend | M | T | Buy (add'l) | 01/09/20 | J | | |
| 34. | | | | | Sold (part) | 02/04/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold (part) | 03/13/20 | K | A | |
| 36. | | | | | Buy (add'l) | 07/06/20 | J | | |
| 37. | | | | | Buy (add'l) | 08/19/20 | K | | |
| 38. | | | | | Buy (add'l) | 12/10/20 | K | | |
| 39. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 40. FEDERATED HERMES INST HIGH YIELD BOND FUND (FIHLX) | A | Dividend | J | T | Buy | 08/27/20 | J | | |
| 41. ISHARES IBOXX USD HIGH YIELD (HYG) | A | Dividend | J | T | Buy (add'l) | 01/09/20 | J | | |
| 42. VANGUARD SHORT TERM BOND INDEX (VBIRX) | A | Dividend | J | T | | | | | |
| 43. WELLS FARGO SHORT-TERM HIGH YIELD BOND (STYIX) | A | Dividend | | | Buy (add'l) | 01/06/20 | J | | |
| 44. | | | | | Buy (add'l) | 01/31/20 | J | | |
| 45. | | | | | Sold | 08/27/20 | J | A | |
| 46. WESTERN ASSET CORE BOND FUND (WACSX) | D | Dividend | M | T | Buy (add'l) | 01/09/20 | J | | |
| 47. | | | | | Sold (part) | 03/10/20 | K | A | |
| 48. | | | | | Buy (add'l) | 08/19/20 | J | | |
| 49. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 50. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 51. | | | | | Buy (add'l) | 12/03/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 12/10/20 | K | | |
| 53. ACCOUNT #2 (H) | | | | | | | | | |
| 54. TIAA CASH DEPOSIT ACCOUNT (cash) | A | Interest | J | T | Open | 06/08/20 | N | | |
| 55. ARTISAN MID CAP VALUE FUND (APHQX) | A | Dividend | K | T | Buy | 06/11/20 | J | | |
| 56. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 57. ISHARES RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | J | T | Buy | 06/12/20 | J | | |
| 58. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 59. ISHARES RUSSELL 2000 VALUE ETF (IWN) | A | Dividend | J | T | Buy | 06/11/20 | J | | |
| 60. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 61. ISHARES RUSSELL MID-CAP GROWTH ETF (IWP) | A | Dividend | K | T | Buy | 06/11/20 | J | | |
| 62. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 63. VANGUARD GROWTH ETF (VUG) | A | Dividend | L | T | Buy | 06/11/20 | K | | |
| 64. | | | | | Buy (add'l) | 06/12/20 | J | | |
| 65. | | | | | Buy (add'l) | 06/22/20 | K | | |
| 66. | | | | | Sold (part) | 08/12/20 | J | A | |
| 67. VANGUARD MID-CAP VALUE ETF (VOE) | A | Dividend | K | T | Buy | 06/11/20 | J | | |
| 68. | | | | | Buy (add'l) | 06/22/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. VANGUARD RUSSELL 1000 GROWTH ETF (VONG) | A | Dividend | L | T | Buy | 06/11/20 | K | | |
| 70. | | | | | Buy (add'l) | 06/12/20 | J | | |
| 71. | | | | | Buy (add'l) | 06/22/20 | K | | |
| 72. | | | | | Sold (part) | 08/12/20 | J | A | |
| 73. VANGUARD RUSSELL 1000 VALUE (VONV) | A | Dividend | K | T | Buy | 06/11/20 | K | | |
| 74. | | | | | Buy (add'l) | 06/12/20 | J | | |
| 75. | | | | | Buy (add'l) | 06/22/20 | K | | |
| 76. VANGUARD VALUE ETF (VTV) | A | Dividend | K | T | Buy | 06/11/20 | K | | |
| 77. | | | | | Buy (add'l) | 06/12/20 | J | | |
| 78. | | | | | Buy (add'l) | 06/22/20 | K | | |
| 79. AMERICAN FUNDS EUROPACIFIC GROWTH FUND (FEUPX) | A | Dividend | L | T | Buy | 06/11/20 | K | | |
| 80. | | | | | Buy (add'l) | 06/22/20 | K | | |
| 81. | | | | | Sold (part) | 12/07/20 | J | A | |
| 82. DFA EMERGING MARKETS VALUE PORTFOLIO (DFEVX) | B | Dividend | K | T | Buy | 06/11/20 | K | | |
| 83. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 84. DFA INTERNATIONAL SMALL CAP VALUE PORTFOLIO (DISVX) | A | Dividend | K | T | Buy | 06/11/20 | J | | |
| 85. | | | | | Buy (add'l) | 06/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TIAA-CREF INTERNATIONAL EQUITY FUND (TIIEX) | A | Dividend | L | T | Buy | 06/11/20 | K | | |
| 87. | | | | | Buy (add'l) | 06/22/20 | K | | |
| 88. | | | | | Sold (part) | 12/07/20 | J | A | |
| 89. PIMCO EMERGING MARKETS LOCAL CURRENCY AND BOND FUND (PELBX) | A | Dividend | J | T | Buy | 06/11/20 | J | | |
| 90. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 91. BAIRD CORE PLUS BOND FUND (BCOIX) | B | Dividend | L | T | Buy | 06/11/20 | K | | |
| 92. | | | | | Buy (add'l) | 06/22/20 | K | | |
| 93. | | | | | Buy (add'l) | 08/14/20 | J | | |
| 94. | | | | | Buy (add'l) | 12/17/20 | J | | |
| 95. | | | | | Buy (add'l) | 12/22/20 | J | | |
| 96. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 97. FEDERATED HERMES INST HIGH YIELD BOND FUND (FIHLX) | A | Dividend | J | T | Buy | 08/27/20 | J | | |
| 98. ISHARES IBOXX USD HIGH YIELD CORPORATE BOND ETF (HYG) | A | Dividend | J | T | Buy | 06/11/20 | J | | |
| 99. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 100. VANGUARD SHORT-TERM BOND INDEX FUND (VBIRX) | A | Dividend | J | T | Buy | 06/11/20 | J | | |
| 101. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 102. WELLS FARGO SHORT-TERM HIGH YIELD BOND FUND (STYIX) | A | Dividend | | | Buy | 06/11/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 104. | | | | | Sold | 08/27/20 | J | A | |
| 105. WESTERN ASSET CORE BOND FUND (WACSX) | B | Dividend | L | T | Buy | 06/11/20 | K | | |
| 106. | | | | | Buy<br>(add'l) | 06/22/20 | K | | |
| 107. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 108. | | | | | Buy<br>(add'l) | 12/09/20 | J | | |
| 109. ACCOUNT #3 (H) | | | | | | | | | |
| 110. ISHARES RUSSELL MID-CAP GROWTH (IWP) | A | Dividend | J | T | | | | | |
| 111. NUVEEN ESG MID-CAP VALUE ETF (NUMV) | | None | J | T | Buy | 03/12/20 | J | | |
| 112. VANGUARD GROWTH ETF (VUG) | A | Dividend | J | T | Sold<br>(part) | 01/15/20 | J | A | |
| 113. | | | | | Sold<br>(part) | 05/19/20 | J | A | |
| 114. | | | | | Sold<br>(part) | 08/18/20 | J | A | |
| 115. VANGUARD MID-CAP ETF (VO) | A | Dividend | J | T | Sold<br>(part) | 12/15/20 | J | A | |
| 116. VANGUARD MID CAP VALUE ETF (VOE) | A | Dividend | J | T | Sold<br>(part) | 03/12/20 | J | | |
| 117. VANGUARD SMALL-CAP ETF (VB) | A | Dividend | J | T | | | | | |
| 118. VANGUARD VALUE ETF (VTV) | A | Dividend | J | T | | | | | |
| 119. ISHARES CORE MSCI EMERGING (IEMG) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. ISHARES MSCI EAFE SMALL CAP ETF (SCZ) | A | Dividend | J | T | | | | | |
| 121. SPDR PORT EMERG MKTS ETF (SPEM) | A | Dividend | J | T | Buy | 05/28/20 | J | | |
| 122. VANGUARD FTSE DEVELOPED MARKETS ETF (VEA) | A | Dividend | J | T | Sold (part) | 08/18/20 | J | A | |
| 123. VANGUARD FTSE EMERGING MARKETS (VWO) | A | Dividend | | | Sold | 05/28/20 | J | | |
| 124. NUVEEN INTER DUR MUNI BOND I (NUVBX) | A | Dividend | J | T | Buy (add'l) | 03/12/20 | J | | |
| 125. WELLS FARGO MUNICIPAL BOND FD (WMBRX) | A | Dividend | J | T | Sold (part) | 04/15/20 | J | | |
| 126. ACCOUNT #4 (H) | | | | | | | | | |
| 127. CREF STOCK R1 | | None | | | Sold | 06/05/20 | M | | |
| 128. ACCOUNT #5 (H) | | | | | | | | | |
| 129. TIAA TRADITIONAL (cash) | A | Interest | K | T | | | | | |
| 130. CREF STOCK R1 | | None | | | Sold | 06/05/20 | L | | |
| 131. CREF MONEY MARKET R1 | A | Interest | | | Sold | 06/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friot, Stephen P.** | 04/20/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Account #4 is a TIAA-CREF 403(b) Tax-Deferred Variable Annuity. The underlying asset is listed in Part VII.

Part VII, Account #5 is a TIAA-CREF 403(b) Direct Contribution Variable Annuity. The underlying assets are listed in Part VII.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen P. Friot**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544